IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BOUCHAIB CHANAOUI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0481 |
| | ) | Judge Trauger |
| WEHBY PLUMBING, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

Per the *pro se* plaintiff's motion to voluntarily dismiss this case (Docket No. 7), it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 20th day of July 2009.

_____
ALETA A. TRAUGER
U.S. District Judge